UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAMIZA BURDALIC,

    Plaintiff,

v.                                                                            Case No: 8:16-cv-363-T-36AAS

CROWN BUILDING MAINTENANCE
CO.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on May 10, 2017 (Doc. 37). In the Report and Recommendation, Magistrate Judge Sansone recommends that the Court grant the parties' Joint Motion to Approve Parties' FLSA Resolution (Doc. 36). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 37) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The parties' Joint Motion to Approve Parties' FLSA Resolution (Doc. 36) is **GRANTED.** The settlement agreement (Doc. 36 - Ex. A) is approved, as it

constitutes a fair and reasonable resolution of a bona fide dispute. The parties are directed to comply with the terms of the settlement agreement.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on June 5, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record